UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>     v.<br><br>BLUE DIAMOND HOSPITALITY LLC,<br><br>            Defendant. | Case No. 21-cv-05931-HSG  (KAW)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

On November 4, 2021, Plaintiff's motion for default judgment was referred to the undersigned. (Dkt. No. 22.) On November 5, 2021, the Court issued an order requiring Plaintiff to: (1) serve the Court's order and the motion for default judgment upon all other parties in the action, and file a proof of service on the docket, and (2) file a proposed order within 14 days, *i.e.*, by November 19, 2021. (Dkt. No. 23.) The proof of service was to be structured as outlined in Attachment A to the Court's order. (*Id.*)

To date, Plaintiff has not filed the proposed order or the proof of service. Accordingly, the Court ORDERS Plaintiff to show cause, by **November 29, 2021**, why Plaintiff's motion for default judgment should not be denied for failure to comply with court orders by: (1) filing the proposed order, (2) filing the proof of service, and (3) explaining why Plaintiff failed to comply with the Court's order.

IT IS SO ORDERED.

Dated: November 22, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge